IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KAREN BOND,<br>TORI ANDERSON,<br>TERESA WREN,<br>TOBY WREN,<br>JACK EUGENE CENTER, and<br>GILBERT SULTERMACK, individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>INTEGRITY ENERGY SERVICES,<br>L.L.C.,<br><br>    Defendant. | Case No. CIV-11-154-RAW |

## ORDER & OPINION

  Before the court is Plaintiffs' motion to enforce the settlement agreement filed by Plaintiffs on April 2, 2012 [Docket No. 22]. Responses were due April 16, 2012. Defendant did not file a response. On April 20, 2012, the court entered a minute order directing Defendant to file its response no later than April 27, 2012. To this date, Defendant has yet to file a response.[*]

  Plaintiffs inform the court that at the Settlement Conference in this case, Defendant agreed to pay Plaintiffs the total sum of $45,000.00, subject to Plaintiffs first having the opportunity to confirm the accuracy of financial information provided by Defendant to Plaintiffs' counsel. Despite Plaintiffs' good faith efforts to confirm the accuracy of Defendant's financial information, they have been unable to gain any information from Defendant's accountancy firm.

---

[*] Failure to respond to a motion constitutes a waiver of any objection. See Local Civil Rule 7.1(c). When a dispositive motion is not opposed, the court may, in its discretion, provide an additional 14 days, after which the motion will be deemed confessed. See Local Civil Rule 7.1(h). The court has provided more than an additional 14 days.

Nevertheless, Plaintiffs decided to conclude the lawsuit pursuant to the settlement agreement and so advised Defendant's counsel.

Plaintiffs inform the court that without the court's intervention, it appears that Defendant will not voluntarily fund the settlement. Accordingly, Plaintiffs request an order enforcing the settlement agreement and requiring Defendant to honor the financial commitment made to settle this case within a date certain.

Plaintiff's motion [Docket No. 22] is hereby GRANTED. Plaintiffs may submit a proposed order enforcing the settlement agreement no later than May 25, 2012.

IT IS SO ORDERED this 8th day of May, 2012.

**Dated this 8th day of May, 2012.**

_Ronald A. White_
Ronald A. White
United States District Judge
Eastern District of Oklahoma